## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Haemonetics Corporation

                Plaintiff,

v.

                Case No.: 1:25–cv–08680
                Honorable LaShonda A. Hunt

Fresenius Kabi USA, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: This case has been assigned to the calendar of Judge LaShonda A. Hunt. The parties are ordered to file the form Scheduling Order for Patent Cases by 9/18/25. A template for the Order can be found in Appendix A to the Local Patent Rules. Parties should review the Local Patent Rules prior to completing the Scheduling Order. A telephonic initial status hearing is set for 9/25/25 at 9:30AM. Attorneys/parties may appear by dialing: 1–650–479–3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.