**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| HAEMONETICS CORPORATION<br><br>*Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>FRESENIUS KABI USA, LLC<br>FRESENIUS KABI AG<br>FENWAL, INC.<br><br>*Defendants and Counterclaim Plaintiffs* | ) | Case No.: 1:25-cv-08680<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable LaShonda A. Hunt |

**JOINT MOTION TO AMEND SCHEDULE**

Plaintiff/Counterclaim Defendant Haemonetics Corporation ("Haemonetics") and Defendants/Counterclaim Plaintiffs Fresenius Kabi USA, LLC, Fresenius Kabi AG, and Fenwal, Inc. (collectively, "Defendants") (together with Haemonetics, the "Parties"), by and through their undersigned counsel, respectfully move for the entry of an amended case schedule as set forth in the Proposed Order attached as Exhibit A.

The Parties agree that good cause exists to modify the case schedule as proposed in Exhibit A. In support of this Motion, the Parties state as follows:

1. On Tuesday, March 31, 2026, the Parties exchanged initial infringement contentions pursuant to Local Patent Rule 2.2, as modified in the Parties' Rule 26(f) Report. In those contentions, Haemonetics has asserted 38 claims across 3 patents, an increase of 28 claims compared to what is identified in Haemonetics' First Amended Complaint (Dkt. 32). Fenwal has asserted 100 claims across 8 patents, having withdrawn 6 claims and 1 patent compared to its Answer and Counterclaims (Dkt. 51).

2. Given the substantial volume of material for both sides to review and respond to, the Parties agree that additional time is required to allow the preparation of thorough non-infringement, invalidity, and unenforceability contentions under LPR 2.3. To that end, the Parties have agreed to extend their respective deadlines under LPR 2.3 and 2.4 by three weeks, from April 14 to May 5, 2026. The remaining case deadlines have been adjusted accordingly as reflected in Exhibit A. The Parties agree that the orderly progress of discovery following initial contentions is best served by allowing such additional time.

3. The Parties have taken additional steps to facilitate the efficient drafting of responsive contentions, including exchanging Word document versions of their LPR 2.2(c) infringement claim charts, which collectively span over 1,600 pages. Haemonetics has sought to facilitate narrowing the issues in this case by asserting only 38 of the 68 total claims in its asserted patents at this stage. Fenwal has also narrowed its claims by dropping one asserted patent.

4. The Court has already recognized the scale of this case, for example in *sua sponte* granting increased time for Haemonetics to respond to Fenwal's counterclaims. Dkt. 55.

5. This case remains in its early stages. The Parties have exchanged initial disclosures pursuant to the local patent rules, both sides have made limited document productions, and Fenwal has served discovery requests on Haemonetics. As such, adjusting the schedule as proposed will not disrupt the litigation and will have minimal impact on the overall timeline of the case.

6. Per the Court's orders at Dkts. 61 and 63, the proposed schedule excludes deadlines for expert disclosures, dispositive motions, and asserted claim identification for trial, which were included in the Parties' Rule 26(f) Report. The Parties understand that the Court intends to reset these deadlines closer to the end of fact discovery.

7. This Motion is not made with dilatory motive or for improper purpose. The Parties have not previously sought modification of the case schedule set forth in their Rule 26(f) Report.

For the foregoing reasons, the Parties respectfully request the Court enter the Amended Case Schedule set forth in the Proposed Order attached as Exhibit A. A copy of the Proposed Order has been submitted to the Court's Proposed Order Inbox pursuant to Judge Holleb Hotaling's procedures.

Respectfully submitted,

Dated: April 8, 2026

By: */s/ Erik B. Milch*

Todd J. Ohlms
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: (312) 962-3550
tohlms@proskauer.com

Erik B. Milch
Elizabeth Shrieves
Proskauer Rose LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004-2533
Telephone: (202) 416-6899
Email: emilch@proskauer.com
Email: eshrieves@proskauer.com

Joseph M. Drayton
Connor J. Villar
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-2900
Email: cvillar@proskauer.com
Email: jdrayton@proskauer.com

Alan S. Teran
Proskauer Rose LLP
2255 Glades Road
Suite 421 Atrium
Boca Raton, FL 33431-7360

Telephone: (561) 995-4723
Email: ateran@proskauer.com

*Counsel for Haemonetics Corporation*

By:*/s/ Tasha Francis Gerasimow*

Tasha Francis Gerasimow
James F. Hurst
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Email: tasha.gerasimow@kirkland.com
Email: james.hurst@kirkland.com

Patricia A. Carson
Gregory S. Arovas
Joseph A. Loy
Brad Deem
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
E-mail: patricia.carson@kirkland.com
E-mail: gregory.arovas@kirkland.com
E-mail: joseph.loy@kirkland.com
E-mail: brad.deem@kirkland.com

*Counsel for Fresenius Kabi USA, LLC, Fresenius Kabi AG, and Fenwal, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 8, 2026.

*/s/ Tasha Francis Gerasimow*